Albert Russell Erskine, appellee, v. Twyckenham Land and Investment Company, appellant, and Henry R. Levy, defendant. Gen. No. 38,124.

612

Opinion filed July 8, 1935.
Winston, Strawn & Shaw, for appellant; Harold Beacom, George T. Evans and Raymond O. Mitchell, of counsel. Isaac B. Lipson, for appellee; A. C. Lewis, of counsel.
Mr. Justice Matchett delivered the opinion of the court.